AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.

DONALD SMITH

)
)  Case: 1:21-mj-00548
)  Assigned To : Meriweather, Robin M.
)  Assign. Date : 7/28/2021
)  Description: COMPLAINT W/ ARREST WARRANT
)
)

Defendant

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____DONALD SMITH_____,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment   ❐ Superseding Indictment   ❐ Information   ❐ Superseding Information   ☒ Complaint
❐ Probation Violation Petition   ❐ Supervised Release Violation Petition   ❐ Violation Notice   ❐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:  07/28/2021                                2021.07.28 14:19:11 -04'00'
                                                 *Issuing officer's signature*

City and state:  Washington, D.C.                Robin M. Meriweather, U.S. Magistrate Judge
                                                 *Printed name and title*

---

**Return**

This warrant was received on *(date)* 07/28/2021, and the person was arrested on *(date)* 07/29/2021
at *(city and state)* Lindenwold, NJ.

Date: 07/30/2021

*Arresting officer's signature*

Nicole Canales Special Agent
*Printed name and title*