UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA


| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | Crim. No. 21-MJ-548-RMM-1 |
| v. | : | |
| | : | NOTICE OF ATTORNEY |
| | : | APPEARANCE |
| DONALD SMITH | : | |
| Defendant | : | |


PLEASE enter the appearance of Christopher O'Malley, Assistant Federal

Public Defender, to represent Donald Smith in the above captioned matter


Respectfully submitted,

s/ *Christopher O'Malley*

CHRISTOPHER O'MALLEY
Assistant Federal Public Defender
Office of the Federal Public Defender
District of New Jersey
800-840 Cooper Street, Suite 350
Camden, NJ 08102


Dated: August 13, 2021